UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CAMILA M. CAMPOS,           )
    Plaintiff              )
                            )
    v.                     )   C.A. No. 09-11852-MLW
                            )
CHRISTOPHER VAN NESS,       )
    Defendant              )

ORDER

WOLF, D.J.                                           May 20, 2014

For the reasons stated in court on May 19, 2014, it is hereby ORDERED that:

1. A mistrial is declared on all claims. The clerk is directed to enter the jury's factual findings in response to Questions 1(b)(i) and 1(b)(iii) of the Verdict Form. Question 1(b)(ii) has not been resolved by the jury's verdict.

2. The parties shall order the transcript of the trial, except for jury selection, including the proceedings on May 16 and 19, 2014.

3. Counsel for the parties, a representative of the Town of Yarmouth, and a representative of its insurer, each with authority to agree to settle this case subject to any necessary approval by the Town's Selectmen, shall meet in person, and by May 27, 2014, report whether they have agreed to settle this case. Plaintiff Camila Campos and defendant Christopher Van Ness are encouraged, but not required, to attend the meeting.

4. If the case is not settled, the parties shall, by June 2, 2014, file memoranda concerning qualified immunity, addressing

separately the claims of the Estate of Andre Martins and Camila Campos individually, and discussing, among other things, the implications of Brosseau v. Haugen, 543 U.S. 194 (2004).

5. Any responses shall be filed by June 9, 2014.

6. A hearing on the issue of qualified immunity and, if necessary, a pretrial conference shall be held on June 17, 2014, at 2:00 p.m.

7. If necessary, trial shall commence on August 11, 2014, at 9:00 a.m.

        /s/ Mark L. Wolf
UNITED STATES DISTRICT JUDGE